Argued January 20, affirmed January 31, 1977

WOOD, *Respondent,*
*v.*
WHITE, POCELLIE, *Appellants.*
(36159, 6860)
559 P2d 1326

James A. Hearn, Newport, argued the cause for appellant.

Edward N. Fadeley, Eugene, filed a brief for respondent.

Before Schwab, Chief Judge, and Thornton and Johnson, Judges.

PER CURIAM.

Affirmed. *Washington County v. Clark,* 276 Or 33, 554 P2d 163 (1976); *Coleman v. Meyers,* 261 Or 129, 493 P2d 48 (1972).